# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Alex Funicello, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Infinity Real Estate Group, LLC, | ) | Case No. 1:25-cv-061 |
| | ) | |
| Defendant. | ) | |

On October 6, 2025, Plaintiff's then retained counsel, Joel M. Fremstad filed a motion to withdraw. (Doc. Nos. 16 through 19). On October 17, 2025, the court issued an order granting the motion, authorizing attorney Fremstad to withdraw, and directing Plaintiff to file a report by November 17, 2025, to advise what if any efforts he has undertaken to retain new counsel or whether he intends to represent himself in this matter. (Doc. No. 20).

Plaintiff did not file a status report as directed and to date no attorney has entered an appearance on Plaintiff's behalf. Thus, it is appears that Plaintiff intends to represent himself in this matter.

On November 19, 2025, Defendant filed a Motion for Summary Judgment and memorandum in support. (Doc. Nos. 21 and 22). Plaintiff has yet to file a response. However, it is not entirely clear from the record whether he was served with the motion.

Under the present circumstances, the court finds it prudent to schedule a conference with the parties to discuss the status of the pending motion and Plaintiff's present status as a *pro se* litigant. Accordingly a status conference shall be scheduled for March 2, 2026, at 11:00 AM CDT by telephone. To participate in the status conference, the parties shall call (571) 353-2301 and enter

1

292466149 followed by # when prompted for the "Call ID."

**IT IS SO ORDERED.**

Dated this 17th day of February, 2026.

<u>/s/ Clare R. Hochhalter</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court