## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Alex Funicello, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING DEADLINES** |
| | ) | |
| v. | ) | |
| | ) | |
| Infinity Real Estate Group, LLC; | ) | |
| GRAD Custom Homes LLC; | ) | |
| Susanne Lefor; and Timothy Seiler, | ) | Case No.: 1:25-cv-00061 |
| | ) | |
| Defendants. | ) | |

On March 2, 2026, the court convened for a status conference. (Doc. No. 26). For the reasons articulated during the conference, Plaintiff Alex Funicello ("Plaintiff") shall have until April 16, 2026, to respond to the *Motion for Summary Judgement* (*see* Doc. No. 21) filed by Defendants Infinity Real Estate Group, LLC, GRAD Custom Homes LLC, Susanne Lefor, and Timothy Seiler (collectively "Defendants"). Defendants shall have fourteen (14) days after service and filing of the response to reply.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2026.

                                         */s/ Clare R. Hochhalter*
                                         Clare R. Hochhalter, Magistrate Judge
                                         United States District Court